MARY RUDY, Appellant, v. JAMES RUDY, Respondent.— Order confirming referee's report reversed on the law, without costs on this appeal, and motion to

confirm denied, without costs. We deem the entire proceeding, including the order of reference, extra-judicial. The appeal from order denying motion to vacate is dismissed as academic in view of the decision on the appeal from the order confirming the report of the referee. All concur.